IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* CARDELLIA ANDERSON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LOCKHEED MARTIN CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL ACTION NO. <br> 1:15-CV-4261-LMM <br><br> FILED EX-PARTE <br> AND UNDER SEAL |

## NOTICE OF THE UNITED STATES OF ELECTION NOT TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings, motions and other documents filed in this action be served upon

the United States and that copies of any Orders issued by the Court be sent to the undersigned counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of Relator's action or claims under 31 U.S.C. § 3730(e)(4). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that only the Complaint, this Notice, and the Court's Order unsealing this action be unsealed. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or, for any other reason, oppositions filed by the United States in response to the relator's motions, reply briefs, memoranda, and supporting documents) and associated docket entries (including the electronic CM/ECF docket) should remain under seal and not be made public or served upon the defendant, except insofar as the seal upon any of those documents has been partially lifted by Order(s) previously entered in this case.

A proposed Order accompanies this notice.

Respectfully submitted, this 11th day of January, 2017.

JOHN A. HORN
UNITED STATES ATTORNEY

_____
PARIS A. WYNN
Assistant U.S. Attorney
Georgia Bar No. 933549
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6302
Facsimile: (404) 581-6181
Email: Paris.Wynn@usdoj.gov

Counsel for the United States of America

January 11, 2017